## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Tonya Martin | Debtor | CHAPTER 7 |
| Ditech Financial LLC<br><br>vs. | Movant | NO. 16-16183 ELF |
| Tonya Martin | Debtor | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | Trustee | |

### ORDER

AND NOW, this 9th day of November, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 7110 Louise Road aka 7110 Louise Street, Philadelphia, PA 19138 ("Property), so as to allow Movant, its successors or assignees, to proceed with its in rem rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**